■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL PIAMONTE, Appellant. [972 NYS2d 916]—Appeal by the defendant from an amended judgment of the Supreme Court, Westchester County (Lorenzo, J.), rendered May 16, 2012, revoking a sentence of probation previously imposed by the same court (Hubert, J.), upon a finding that he violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of criminal sale of a controlled substance in the third degree. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the amended judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; cf. *People v Gonzalez*, 47 NY2d 606 [1979]). Angiolillo, J.P., Hall, Roman and Cohen, JJ., concur.